IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PRUCO LIFE INSURANCE CO., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:23-CV-201 (LAG) |
| KIZER, *et al.*, | : |
| Defendants. | : |

**ORDER**

The Parties have advised the Court that they have settled this case. (Doc. 12). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 9th day of September, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**